**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 65 MAL 2019

           Respondent         :

                                       :    Petition for Allowance of Appeal from
                                       :    the Order of the Superior Court

            v.                       :

                                       :

GIOVANNI ROBERT MUCCI,            :

           Petitioner         :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 23rd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.